JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **BALBOA CAPITAL CORPORATION,** | Case No.: SACV 23-01429-CJC (ADSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| **LAKE TRANSPORT LLC; and RENNARD ANTHONY LAKE,** | |
| Defendants. | |

In this case, Plaintiff Balboa Capital Corporation alleged that Defendant Lake Transport LLC ("LT") defaulted on multiple loans, and Defendant Rennard Anthony Lake ("Lake") failed to fulfill his obligations as guarantor of Lake Transport's debts. (Dkt. 1 [Compl.].) The Court granted Balboa's application for default judgment. Accordingly, it is hereby **ORDERED** that judgment is entered in favor of Balboa and against Defendants in the following amounts:

On Equipment Financing Agreement No. 366205-003 ("EFA-003"), **$82,231.95**, representing $78,520 in remaining monthly payments, $362.40 in late fees, and $3,349.55 in prejudgment interest.  LT and Lake are jointly and severally liable for this amount.

On Vehicle Finance Agreement No. 366205-000 (the "VFA"), **$45,478.22**, representing $43,729.14 in remaining monthly payments and $1,749.08 in prejudgment interest.  LT and Lake are jointly and severally liable for this amount.

On Equipment Financing Agreement No. 366205-002 ("EFA-002"), **$93,326.47**, representing $89,541.63 in remaining monthly payments, $219.29 in late fees, and $3,565.55 in prejudgment interest.  LT is solely liable for this amount.

The Court also awards attorney fees in the amount of **$7,847.44** and costs in the amount of **$1,444.89**.  LT and Lake are jointly and severally liable for these amounts.

DATED:     November 9, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CC: FISCAL